THOMPSON ET AL., APPELLANTS, *v.* CUSTER ET AL., APPELLEES.

2016-Ohio-5823.]

(No. 2015–0195—Submitted August 31, 2016—Decided September 15, 2016.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, 149 Ohio St.3d 512, 2016-Ohio-5796, 76 N.E.3d 1089, and *Walker v. Shondrick–Nau*, 149 Ohio St.3d 282, 2016-Ohio-5793, 74 N.E.3d 427.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

Guarnieri & Secrest, P.L.L., and Michael D. Rossi; and The Law Offices of Marty D. Nosich, L.L.C, and Marty D. Nosich, for appellants.

Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A., Gregory W. Watts, Matthew W. Onest, and William G. Williams, for appellees Nathan J. Custer, Noelle M. Custer, and BP America Production Company.